# UNITED STATES DISTRCIT COURT

# MIDDLE DISTRCIT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : <br> OF THE UNITED STATES OF AMERICA : <br> FOR A WARRANT AUTHORIZING THE : <br> SEARCH OF 43420 BLACK BAYOU : <br> ROAD, GONZALES, LOUISIANA 70737 : | MAGISTRATE NO. 18-mj-11 |

## **O R D E R**

Considering the foregoing *United States' Motion to Unseal Filings*,

**IT IS ORDERED** that the application and affidavit for the search warrant (including the accompanying attachments), the search warrant and its attachments, the search warrant return, the motion and order to seal, and any other filings be unsealed and placed in the public record.

Signed in Baton Rouge, Louisiana, on April 6, 2020 .

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**